# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MORONI MATTEO

PLAINTIFF(S)

v.

DIEGO DOLCIAMI SERVETTINI , et al.

DEFENDANT(S).

CASE NUMBER:

2:17−cv−02363−DMG−AGR

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/27/2017 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments 1 Civil Cover Sheet should not have been attached. Each document should have been filed separately. You are not required to take any action in response to this notice unless the Court so directs.

Clerk, U.S. District Court

Dated: March 28, 2017

By: */s/ Geneva Hunt*
Deputy Clerk